UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>FOR AND ON BEHALF OF THE<br>FEDERAL REPUBLIC OF BRAZIL<br><br>Applicant,<br><br>v.<br><br>ANTONIO PIRES DE ALMEIDA<br>REGINA RURIKO INOUE AND<br>ROSELI CIOFLI AS BENEFICIAL<br>OWNERS OF $8,216,814.00 AND<br>ACCRUED INTEREST IN UNITED<br>STATES CURRENCY REPRESENTING:<br><br>$6,871,042.00 (AND ACCRUED<br>INTEREST) FORMERLY CONTAINED<br>IN ACCOUNT NUMBER 030101107,<br>AND KNOWN AS THE VENUS<br>ACCOUNT, HELD IN THE NAME OF<br>OR FOR THE BENEFIT OF KESTEN<br>DEVELOPMENT CORP. AT<br>MTB BANK;<br><br>and<br><br>$1,345,771.64 (AND ACCRUED<br>INTEREST) FORMERLY CONTAINED<br>IN ACCOUNT NUMBER 12108,<br>AND KNOWN AS THE TADELAND<br>ACCOUNT, HELD AT FOREX<br>ASSOCIATES, WHICH MAINTAINED<br>AN ACCOUNT AT EAB BANK;<br><br>Respondents. | UNDER SEAL<br><br>Misc. No.: 1: 05MS00040 |

## UNITED STATES' MOTION TO LIFT SEAL

The United States of America, by and through its undersigned attorneys, respectfully submits this Motion lift the seal in the above captioned sealed matter.

The United States of America, for and on behalf of the Federative Republic of Brazil, filed an *Ex Parte* Application for a Restraining Order in 2005. This Court entered an Order granting said relief, and at the request of the United States, the Court kept the matter under seal. The Court later lifted the seal for the limited purpose of allowing the United States to serve the Restraining Order issued by this Court and again lifted the seal to allow the United States access to the record.

This matter was sealed because the filed documents disclosed confidential information that, if exposed, could jeopardize the on-going criminal investigation in Brazil. As this information has been made public in Brazil as part of the criminal trial, which the United States has learned has almost been concluded, the risk of harm that could have occurred by unsealing the records in this case has passed.

Considering the forgoing, the United States respectfully requests that this Court enter an Order lifting the seal on and permitting full public access to all pleadings filed and rulings made in this matter. A proposed Order has been attached hereto.

Respectfully submitted,

RICHARD WEBER
CHIEF, ASSET FORFEITURE AND MONEY
LAUNDERING SECTION

LINDA M. SAMUEL  (DC Bar #388970)
Deputy Chief
A.J. DE KLUIVER (LA. Bar #20163)
Senior Trial Attorney
Asset Forfeiture and Money
    Laundering Section
Criminal Division
United States Department of Justice

1400 New York Avenue, N.W., 10th Floor
Washington, D.C. 20530
Telephone:   (202) 514-1263
Fax:              (202) 514-5522
Attorneys for Applicant
UNITED STATES OF AMERICA